No. 80–1742. BALTIMORE & OHIO RAILROAD CO. *v.* R. J. DICKEY CO., INC. C. A. 3d Cir. Certiorari denied.

No. 80–1753. TEXTRON, INC. *v.* CICCONE. C. A. 1st Cir. Certiorari denied.

No. 80–1757. MITAN *v.* ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION OF ILLINOIS ET AL. C. A. 7th Cir. Certiorari denied.

No. 80–1773. AUFIERO *v.* CLARKE ET AL. C. A. 1st Cir. Certiorari denied.

No. 80–1820. MARCELLO *v.* DISTRICT DIRECTOR OF THE IMMIGRATION AND NATURALIZATION SERVICE, NEW ORLEANS, LOUISIANA. C. A. 5th Cir. Certiorari denied.

No. 80–1825. GRACE ET AL. *v.* BUTTERWORTH, CORRECTIONAL SUPERINTENDENT, ET AL. C. A. 1st Cir. Certiorari denied.

No. 80–1881. RUSH *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 80–1898. CROFT METALS, INC., ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 5th Cir. Certiorari denied.

No. 80–1915. DELAGARZA *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 80–6181. BISHOP *v.* MAZURKIEWICZ ET AL. C. A. 3d Cir. Certiorari denied.

No. 80–6208. CARTER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 80–6264. AINSWORTH *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.